8/19/2015 SCANNED Page 1

WR-40,214
AP-71417

## CAUSE NO. 366-80185-91

| STATE OF TEXAS | § | IN THE 366TH JUDICIAL |
| --- | --- | --- |
| V. | § § | DISTRICT COURT OF |
| GUSTAVO JULIAN GARCIA | § § | COLLIN COUNTY, TEXAS |

## ORDER SETTING EXECUTION

The Texas Court of Criminal Appeals having affirmed the prisoner's conviction, mandate having issued, and the United States Supreme Court having denied application for writ of certiorari, the direct appeal of the prisoner's conviction is final. *Garcia v. State*, No. 71417, 2003 WL 22669744 (Tex. Crim. App. Nov. 12, 2003) (not designated for publication), *cert. denied*, 543 U.S. 855 (2004). The Court of Criminal Appeals has denied the prisoner's original state application for habeas corpus relief. *Ex parte Garcia*, No. WR-40214-02 (Tex. Crim. App. Oct. 15, 2008) (not designated for publication). The United States Court of Appeals for the Fifth Circuit has also affirmed the denial of federal habeas corpus relief. *Garcia v. Stephens*, No. 14-70035, 2015 WL 4393871 (5th Cir. July 17, 2015) (not designated for publication). Consequently, the prisoner has exhausted his principal avenues of relief through the courts. In compliance with Articles 43.141(a)(1) and 43.141(c) of the Texas Code of Criminal Procedure, this Court enters the following order.

IT IS ORDERED that the prisoner, Gustavo Julian Garcia, who has been adjudged guilty of capital murder as charged in the indictment and whose punishment has been assessed by the verdict of the jury and the judgment of the Court at death, shall be kept in custody by the Director of the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas, until **Tuesday, the 16th** day of **February, 2016**. Upon that day, at the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas, at any time after the hour of 6:00 p.m., in a room arranged for the purpose of execution, the Director, acting as provided by law, is commanded to carry out this sentence of death by intravenous injection of a substance or substances in a lethal quantity sufficient to cause the death of Gustavo Julian Garcia, and until Gustavo Julian Garcia is dead, such procedure to be determined and supervised by the Director of the Institutional Division of the Texas Department of Criminal Justice.

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 01 2015

Abel Acosta, Clerk

The Clerk of this Court shall issue and deliver to the Sheriff of Collin County, Texas, certified copies of this order and a death warrant in accordance with this order, directed to the Director of the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas, commanding the Director to put into execution the judgment of death against Gustavo Julian Garcia.

The Clerk of this Court shall transmit certified copies of this order to (1) James Volberding, counsel for Gustavo Garcia, 100 E. Ferguson St., Suite 500, Tyler, Texas 75702, (2) to the Office of Capital Writs, 1700 N. Congress Avenue, Suite 460, Austin, Texas 78701, and (3) the Collin County Criminal District Attorney's Office.

SIGNED AND ENTERED this 19 day of August, 2015.

_____
JUDGE PRESIDING